LRCrim 5.1 APPLICABLE:RELATED CASE: MJ-23-00834-001-TUC-N/A-JR

# UNITED STATES DISTRICT COURT
## for
## DISTRICT OF ARIZONA
### Petition for Warrant to Revoke Supervised Release

☒ FILED   ☐ LODGED

**Nov 30 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Name of Defendant: | **Jose Roberto Grijalva-Valenzuela**  Case No.: **CR-23-00942-001-PHX-SRB** |
| Name of Judicial Officer: | **The Honorable Susan R. Bolton**  **Senior U.S. District Judge** |
| Date of Original Sentence: | **8/24/2023** |
| Original Offense: | **Reentry of Removed Alien**, **8 U.S.C. § 1326(a) and (b)(1), a Class C felony.** |
| Original Sentence: | **Time served, followed by 36 months supervised release** |
| Date Supervision Commenced: | **8/24/2023** |
| Date Supervision Expires: | **8/23/2026** |
| Assistant U.S. Attorney: **LeighAnn Thomas** 602-514-7597 | Defense Attorney: **Karina Janine Ordonez** 480-729-4119 |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**Allegation 1, Violation of Mandatory Condition 1: You must not commit another federal, state or local crime.**

On or about November 18, 2023, Jose Roberto Grijalva-Valenzuela committed the crime of Re-entry After Deportation in violation of 8 U.S.C. § 1326. Evidence supporting the alleged violation consists of a Criminal Complaint filed on November 20, 2023, in United States District Court, District of Arizona, Tucson, Docket MJ-23-00834-001-TUC-N/A-JR confirming the defendant's deportation on August 25, 2023, through Nogales, Arizona; and verifying he was found at or near Douglas by immigration officials in the District of Arizona without authorization on November 18, 2023. **Grade B violation. U.S.S.G. §7B1.1(a)(2)**

**Allegation 2, Violation of Special Condition 1: If deported, you must not re-enter the United States without legal authorization.**

Jose Roberto Grijalva-Valenzuela entered, attempted to enter, or was found in the United States without authorization on or about November 18, 2023, when he was arrested by immigration officials in the District of Arizona. Evidence supporting the alleged violation consists of a Criminal Complaint filed on November 20, 2023, in United States District Court, District of Arizona, Tucson, Docket MJ-23-00834-001-TUC-N/A-JR confirming the defendant's deportation on August 25, 2023, through Nogales, Arizona; and verifying he was found at or near Douglas by immigration officials in the District of Arizona without authorization on November 18, 2023. **Grade C violation. U.S.S.G. §7B1.1(a)(3)(B)**

USA v Jose Roberto Grijalva-Valenzuela
Docket No. CR-23-00942-001-PHX-SRB
November 29, 2023

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED**

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of supervision, I am petitioning the Court to issue a warrant for Jose Roberto Grijalva-Valenzuela.

Submitted by:

*[Signature: Cecilia C. Villanueva]*

Cecilia Villanueva
Probation Officer Assistant
Office: (602) 322-7417
Cell: (602) 803-9462

November 29, 2023
Date

Reviewed by:

*[Signature: Heather Hauptly]*

Heather Hauptly
Supervisory U.S. Probation Officer
Office: 602-322-7410
Cell: 602-361-0788

November 29, 2023
Date

ORDER OF COURT

The Court also finds probable cause to believe the defendant has violated the conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant for Jose Roberto Grijalva-Valenzuela. Considered and ordered this __30th__ day of __November__, 2023 and ordered filed and made a part of the records in the above case.

*[Signature: G. Murray Snow]* for

The Honorable Susan R. Bolton
Senior U.S. District Judge