# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR-23-00942-001-PHX-SRB |
| | ) | |
| | ) | **SEALED** |
| | ) | |
| Jose Roberto Grijalva-Valenzuela | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*    Jose Roberto Grijalva-Valenzuela                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☒ Supervised Release Violation Petition    ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:3583:  Violation of Supervised Release

*Issuing officer's signature*

City and state:   Phoenix, Arizona

ISSUED ON  9:27 am, Nov 30, 2023
s/ Debra D. Lucas, Clerk

Kathleen Zoratti, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)*  11/30/23  , and the person was arrested on *(date)*  11/30/23
at *(city and state)*  Tucson          .

Date:  11/30/23

USMS Custody
*Arresting officer's signature*

_____
*Printed name and title*

---

cc: Prob